## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
## AT LOUISVILLE

| | |
|---|---|
| **APPRISS INC.**              ) | |
|        **Plaintiff,**         ) | |
|                                ) | |
| v.                             ) | Civil Action No. 3:10-cv-739-H |
| **INFORMATION STRATEGIES, INC.** ) | **JURY DEMAND** |
|        **Defendant.**         ) | |

## COMPLAINT

Plaintiff Appriss Inc. ("Appriss"), through its counsel of record, and for its Complaint against Defendant Information Strategies, Inc. ("InfoStrat"), Plaintiff states as follows:

### PRELIMINARY STATEMENT

1. This is an infringement action brought by Appriss pursuant to the Patent Laws of the United States, United States Code, Title 35 for damages and to enjoin future infringement.

### JURISDICTION

2. This Court has original jurisdiction to hear this matter pursuant to 28 U.S.C. §§1331 and 1338(a) since the matter in controversy arises under the Patent Laws of the United States, United States Code, Title 35.

### VENUE

3. Venue is proper in this Court pursuant to 28 U.S.C. §§ 1391 because the alleged infringing acts by InfoStrat were directed at Appriss in this District.

## THE PARTIES

4.  Appriss is a corporation duly organized and existing under the laws of the Commonwealth of Kentucky with its principal place of business located at 10401 Linn Station Road, Suite 200, Louisville, Kentucky 40223.

5.  Appriss is in the business of providing software based products and services to assist criminal justice agencies including its Victim Notification and Information Everyday ("VINE") system, which among other things allows crime victims to receive information about the custody status of an incarcerated offender.

6.  InfoStrat is a corporation duly organized and existing under the laws of the State of Delaware with its principal place of business located at 4301 Connecticut Avenue NW, Suite 451, Washington D.C., 20008.

7.  InfoStrat is in the business of providing software based products and services.

8.  On January 19, 1990, U.S. Patent No. 5,861,810 ("the '810 patent") titled "System and Method for Providing Crime Victims Updated Information and Emergency Alert Services" was duly, properly and legally issued by the United States Patent and Trademark Office (the "PTO") to inventor Yung T. Nguyen.  The '810 patent is valid and in full force and effect.

9.  On February 27, 2001, the PTO issued an Reexamination Certificate for the '810 Patent.  A true and correct copy of the '810 patent and the Reexamination Certificate, which are both incorporated by reference herein, are attached to the Complaint as Exhibit A.

10.  Appriss is the owner of all right, title and interest in the '810 patent, and therefore has standing to prosecute this litigation as the sole plaintiff.

## COUNT I
### INFRINGEMENT OF U.S. PATENT NO. 5,861,810

11. Appriss realleges and incorporates by reference the allegations of paragraphs 1-10.

12. InfoStrat provides a Statewide Automated Victim Information and Notification system (the "SAVIN360") to the State of Indiana, which among other things, allows crime victims to receive information about the custody status of an offender held in an Indiana jail or prison.

13. InfoStrat has infringed and is still infringing the '810 patent by making, selling, and using the SAVIN360 system that embodies the patented invention.

14. InfoStrat's infringement of the '810 patent has been willful, wanton, egregious, and with disregard of Appriss's patent rights and will continue unabated unless enjoined by this Court.

15. Unless the future occurrence of these actions are enjoined, Appriss will suffer irreparable injury for which there is no adequate remedy at law.

### PRAYER FOR RELIEF

WHEREFORE, Appriss prays for relief as follows:

A. An Order requiring that InfoStrat and its officers, agents, servants, employees, attorneys, privies, and those persons in active concert or participation with it, be preliminarily and permanently enjoined from the continued infringement of U.S. Patent No. 5,861,810;

B. An award to Appriss pursuant to 35 U.S.C. § 284 of damages, not less than a reasonable royalty, adequate to compensate Appriss for the infringement of its patent rights;

C. An award to Appriss of prejudgment interest on said sums;

D. Trebling of said award pursuant to 35 U.S.C. § 284;

E. An award to Appriss pursuant to 35 U.S.C. § 285 of its reasonable attorneys' fees incurred in this case;

F. An award to Appriss of post judgment interest on said sums at the legal judgment rate from date of the judgment;

G. An award to Appriss of the costs of this action;

H. Any further relief to which Appriss may appear entitled; and

I. Trial by jury on all issues so triable.

Respectfully submitted,

*s / Joel T. Beres /*
Joel T. Beres
STITES & HARBISON, PLLC
400 West Market Street, Suite 1800
Louisville, KY  40202-3352
Phone:  (502) 587-3400
Fax:  (502) 587-6391

William C. Ferrell, Jr.
STITES & HARBISON, PLLC
401 Commerce Street, Suite 800
Nashville, TN  37219-2376
Phone:  (615) 244-5200
Fax:  (615) 782-2371

Counsel for Plaintiff,
APPRISS, INC.